UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-MC-45 JEC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARK J. TAHIJA, Defendant, BODY SAGE LIMITED, Garnishee. | ) | **GARNISHMENT ORDER** |

TO: Mark J. Tahija, defendant at 2817 Lyndale Avenue South, Minneapolis, MN 55408

Body Sage Limited, garnishee at 2817 Lyndale Avenue South, Minneapolis, MN 55408

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 12, 2003.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about November 10, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages. In its Answer, the garnishee states that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments.

On or about September 5, 2003, the defendant was personally

FILED DEC 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

served with notice of the right to a hearing as to this garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff 25% of the debtor's disposable earnings, by sending a check or money order made payable to the "U.S. Department of Justice" monthly in care of the Collection Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, until such time as the entire debt in this matter, including accruing interest and pursuant to 28 U.S.C. § 3011, the surcharge of 10% of the total debt due, is paid in full; and

IT IS FURTHER ORDERED that the garnishee continue to garnish the defendant, under this garnishment, after repayment of the entire debt noted above, and until the plaintiff has recovered the costs incurred by the United States Marshal's Service for service of the garnishment on the garnishee and the defendant, said costs being $46.44; and

IT IS FURTHER ORDERED that the payments to be made by the garnishee under this garnishment be drawn and sent to the plaintiff monthly as they become due and owing.

Dated: Dec 4, 2003

Magistrate Judge
United States District Court