PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 03-DEC-2004 FOR: 2001Z00305/001 PAGE: 1 OF 2

DEBTOR: Tahija, Mark J.
COURT NUMBER: 01-MC-45 JEC PRIORITY CODE:
CURRENT LIABILITY BALANCE: $42,249.03

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | PMNT AMT | POST DATE | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0013 | PMNT | T | 13-NOV-2003 | GR/G | Body Sage Limited | MN /04/059 | 3003 | $46.44 | 19-DEC-2003 | $0.00 |
| 0013 | PMNT | WI | 13-NOV-2003 | GR/G | Body Sage Limited | MN /04/059 | 3003 | $140.91 | 19-DEC-2003 | $40,134.92 |

Total Payments for Debtor: $587.35