# CERTIFICATE OF SERVICE BY MAIL

UNITED STATES OF AMERICA, )<br>
)<br>
Plaintiff, )<br>
)<br>
) Civil No. 01-MC-45<br>
)<br>
MARK J. TAHIJA, D.C., )<br>
)<br>
Defendant. )

I hereby certify that on _December 13, 2004_, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Body Sage Limited<br>
Attn: Payroll Representative<br>
2817 Lyndale Avenue South<br>
Minneapolis, MN 55408

Mark J. Tahija, D.C.<br>
XXXX XXXXXXX XXXXXX XXXXX<br>
Minneapolis, MN 55408

_s/ Jessica Scott_______