PAYMENT HISTORY REPORT

Report: CZ_QRYG

RUN DATE: 12-DEC-2005 FOR: 2001Z00305/001 PAGE: 1 OF 2

DEBTOR: Tahija, Mark J.
COURT NUMBER: 01-MC-45 JEC PRIORITY CODE:
CURRENT LIABILITY BALANCE: $44,384.93

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0004 | PMNT | WI | 15-NOV-2001 | CH/Y | Tahija | MN /2/033 | 430820597 | | $400.00 | 15-NOV-2001 |
| 0013 | PMNT | T | 13-NOV-2003 | GR/G | Body Sage Limited | MN /04/059 | 3003 | | $46.44 | 19-DEC-2003 |
| 0013 | PMNT | WI | 13-NOV-2003 | GR/G | Body Sage Limited | MN /04/059 | 3003 | | $140.91 | 19-DEC-2003 |

Total Payments for Debtor: $587.35